```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
MD. A. AHMED,                                                  :
                                                               :
                           Plaintiff,                          :
                                                               :           24-cv-03974 (LJL)
          -v-                                                  :
                                                               :                ORDER
RAFAEL LOPEZ and NATIONAL FREIGHT INC.,                        :
                                                               :
                           Defendants.                         :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/2024

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of the parties' proposed stipulation capping damages for the purpose of remanding the case to state court. Dkt. No. 7. The Court previously indicated it was prepared to sign the stipulation and to remand the case, but it now appears that parties may not obtain remand through a post-removal stipulation that purports to lower the amount in controversy. *See Yong Qin Luo v. Mikel*, 625 F.3d 772, 776 (2d Cir. 2010) ("[A] plaintiff cannot seek to deprive a federal court of jurisdiction by reducing her demand to $75,000 or less once the jurisdictional threshold has been satisfied.").

Upon review, it appears that the Court may lack subject matter jurisdiction for a different reason. The Court will hold a telephonic conference on September 19, 2024 at 2:00 PM to determine how to proceed. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

SO ORDERED.

Dated: September 12, 2024
       New York, New York                            _____
                                                         LEWIS J. LIMAN
                                                         United States District Judge