UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MD. A. AHMED, :
:
Plaintiff, :
: 24-cv-03974 (LJL)
-v- :
: ORDER
NATIONAL FREIGHT INC., :
:
Defendant. :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2024

LEWIS J. LIMAN, United States District Judge:

    The Court scheduled a Telephone Conference in this matter for September 19, 2024. Counsel for defendant appeared at the conference, however no counsel for plaintiff appeared. As a result, the Court cancelled the conference. The Telephone Conference is hereby rescheduled to October 4, 2024 at 12:00PM. The conference will be held remotely by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

    SO ORDERED.

Dated: September 20, 2024
       New York, New York

                                                    LEWIS J. LIMAN
                                       United States District Judge