```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MD. A. AHMED,                                                    :
                                                                 :
                        Plaintiff,                               :
                                                                 :        24-cv-03974 (LJL)
        -v-                                                      :
                                                                 :              ORDER
RAFAEL LOPEZ and NATIONAL FREIGHT INC.,                          :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2024

LEWIS J. LIMAN, United States District Judge:

The Court held a telephone conference on October 4, 2024. At the conference, the Court identified a potential defect with respect to diversity of citizenship as it is stated in the notice of removal and supporting documents. Dkt. No. 1.

By October 18, 2024, the parties shall state any objection to the Court remanding the case to state court for failure to show complete diversity as required pursuant to 28 U.S.C. § 1332. *See Platinum-Montaur Life Scis., LLC v. Navidea Biopharmaceuticals, Inc.*, 943 F.3d 613, 618 (2d Cir. 2019) ("[I]n a removal case with improperly pleaded citizenship" the district court may "remand[] the case to state court . . . [or] exercise[] its discretion to order further discovery to determine whether there was complete diversity of citizenship.").

SO ORDERED.

Dated: October 4, 2024
       New York, New York

                                                        _____
                                                        LEWIS J. LIMAN
                                                        United States District Judge